FEN HAO CHEN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, · Respondent.

No. 10–2057.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2010.

Filed: Oct. 20, 2010.

Gary J. Yerman, Gary J. Yerman & Associates, New York, NY, for Petitioner.

Kevin J. Conway, Karen Yolanda Drummond, Richard M. Evans, Patrick James Glen, Virginia Lum, Andrew Oliveira, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Chinese citizen Fen Hao Chen petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. *See Li Yun Lin v. Mukasey,* 526 F.3d 1164, 1165–66 (8th Cir.2008) (per curiam) (standard of review). Accordingly, we deny the petition for review.